**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**UNITED STATES**                                                                       **PLAINTIFF**

**V.**                            **NO. 4:15CR00276-KGB-16**

**AMANDA KIRKWOOD**                                        **DEFENDANTS**

**ORDER**

On January 29, 2016, defendant Amanda Kirkwood filed a motion for reconsideration of the conditions of release imposed by this Court in an order dated November 20, 2015 (docket entries 199 and 82).  District Judge Kristine Baker referred Kirkwood's motion for reconsideration to this Court (docket entry 201).  For the reasons set forth herein, the motion is denied.

Kirkwood specifically asks the Court to remove the conditions that she participate in substance abuse therapy and counseling and submit to drug testing.  These conditions of release require drug treatment and testing if directed or required by the pretrial services officer or supervising officer.  Kirkwood states in her motion that she does not take controlled substances and has not failed a drug test; that she does not need therapy for drug or alcohol abuse; and that the requirements imposed hamper her ability to work the 2 jobs she has to provide for her family.

The Court has confirmed with Kirkwood's pretrial services officer that she has not failed a drug test.  The pretrial services officer informs the Court that, due to Kirkwood's

negative drug tests, she intends to suspend drug treatment as well as the requirement that Kirkwood call into the Code a Phone system daily.  These are actions that can take place without any revisions to the order setting conditions of release.  Kirkwood will remain subject to random drug testing by the pretrial services officer during home visits.  Therefore, the motion for reconsideration of conditions of release is denied.

    IT IS SO ORDERED this 4th day of February, 2016.

    _____
    UNITED STATES MAGISTRATE JUDGE